**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1394**

CHARLES A. TREECE,

　　　　　Plaintiff - Appellant,

　　v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

　　　　　Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. N. Carlton Tilley, Jr., Senior District Judge. (1:14-cv-01077-NCT-LPA)

Submitted: September 30, 2016　　　Decided: October 25, 2016

Before NIEMEYER, SHEDD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles A. Treece, Appellant Pro Se. Maija DiDomenico, Assistant Regional Counsel, Antonia Maria Pfeffer, Special Assistant United States Attorney, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles A. Treece appeals the district court's order adopting the magistrate judge's recommendation to affirm the Commissioner's suspension of Treece's old-age insurance benefits. Our review of the Commissioner's determination is limited to evaluating whether the findings are supported by substantial evidence and whether the correct law was applied. See 42 U.S.C. § 405(g) (2012); Johnson v. Barnhart, 434 F.3d 650, 653 (4th Cir. 2005).

We have reviewed the parties' briefs and the record and discern no reversible error. Accordingly, we affirm the district court's judgment. Treece v. Colvin, No. 1:14-cv-01077-NCT-LPA (M.D.N.C. Mar. 25, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED